

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00385-CR

Gustavo **CUELLAR**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6255
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 19, 2020.

_____
Rebeca C. Martinez, Justice